# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MICHAEL O. BELL,**
Appellant,

v.

**FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al,**
Appellee.

No. 4D16-1784

[July 27, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Lynn Rosenthal, Judge; L.T. Case No. CACE10025408.

Natasha M. Dalton of Dalton Law Firm, P.A., Pompano Beach, for appellant.

Kimberly Hopkins and Ronald M. Gaché of Shapiro, Fishman & Gaché, LLP, Tampa, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and FORST, JJ., concur.

\*            \*            \*

***Not final until disposition of timely filed motion for rehearing.***